FILED
U.S. DISTRICT COURT

2018 JAN 25 P 1:06

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOSSBERG 30-06 RIFLE, PATRIOT CAMO PATTERN, SERIAL NO. MPR0015604 with scope MUELLER; and<br><br>MOSSBERG .375 cal., SERIAL NO. MPR012863,<br><br>Defendants. | WARRANT AND SUMMONS FOR ARREST OF ARTICLES *IN REM*<br><br>Case: 2:18-cv-00086<br>Assigned To : Benson, Dee<br>Assign. Date : 1/25/2018<br>Description: USA v. Mossberg 30-60 Rile, Patriot Camo Pattern, Serial No. MPR0015604 with scope Mueller et al |

To the United States Marshal of the District of Utah and/or Any Other Duly Authorized Law Enforcement Officer:

WHEREAS, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of Utah on January 25, 2018, alleging that the Defendant properties are subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d).

WHEREAS, pursuant to the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(3)(b)(i), the Clerk of the Court is authorized to issue a Warrant for Arrest of Articles *In Rem* if the Defendant properties are in the possession or custody of the government.

YOU ARE THEREFORE, HEREBY COMMANDED to arrest and seize the Defendant property identified as

- MOSSBERG 30-06 RIFLE, PATRIOT CAMO PATTERN, SERIAL NO. MPR0015604 with scope MUELLER; and

- MOSSBERG .375 cal., SERIAL NO. MPR012863,

and use discretion and whatever means appropriate to protect and maintain said Defendant properties, and detain it in your custody or in the custody of an authorized agency until further order of the Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated this 25th day of January, 2018.

D. MARK JONES
Clerk of the Court

By: _____
DEPUTY CLERK